United States District Court
Southern District of Texas

**ENTERED**

March 31, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA DRISCOLL | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-24-2799 |
| | § | |
| FLOYD GIBBONS TRUCKING | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Defendant's Motion for Partial Judgment on the Pleadings and Alternative Motion for Partial Summary Judgment (Doc. No. 27), the parties responses, replies and surreply (Doc. Nos. 31, 32, 33); and Magistrate Judge Bryan's Memorandum and Recommendation (Doc. No. 39) that the Court grant the Defendant's Motion for Partial Summary Judgment. Neither party filed objections to the Memorandum and Recommendation and the time for doing so has passed.

The Court has carefully reviewed the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation is (Doc. No. 39) is **ADOPTED**; Defendant's Motion for Partial Summary Judgment (Doc. No. 27) is **GRANTED.**

SIGNED this ___31st___ day of March 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE